IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ANDREW NEAL SCOTT,

    Petitioner,

v.                                  Civil Action No. 3:16CV804

ERIC D. WILSON,

    Respondent.

**MEMORANDUM OPINION**

Petitioner, Andrew Neal Scott, a federal inmate proceeding pro se, submitted this petition for a writ of habeas corpus. In the United States District Court for the Eastern District of Virginia, all pro se petitions for writs of habeas corpora must be filed on a set of standardized forms. See E.D. Va. Loc. Civ. R. 83.4(A). Accordingly, by Memorandum Order entered on October 13, 2016, the Court mailed Scott the standardized form for filing a petition pursuant to 28 U.S.C. § 2241. The Court directed Scott to complete and return the form to the Court within eleven (11) days of the date of entry thereof. The Court warned Scott that the failure to complete and return the form in a timely manner would result in dismissal of the action. See Fed. R. Civ. P. 41(b).

More than eleven (11) days have elapsed since the entry of the October 13, 2016 Memorandum Order and Scott has failed to complete and return to the Court the standardized form for

filing a 28 U.S.C. § 2241 petition. Accordingly, the action will be dismissed without prejudice. A certificate of appealability will be denied.

The Clerk is directed to send a copy of the Memorandum Opinion to Scott.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 9, 2016

2