**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

ANDREW NEAL SCOTT,

      Petitioner,

v.                                      Civil No. 3:16CV804

ERIC C. WILSON,

      Respondent.

## FINAL ORDER

In accordance with the accompanying Memorandum Opinion, it is ordered that:

1.     Scott's Objections (ECF No. 26) are overruled;
2.     The Report and Recommendation (ECF No. 24) is accepted and adopted;
3.     The Motion for Summary Judgment (ECF No. 9) is granted;
4.     The § 2241 Petition (ECF No. 7) is denied;
5.     Scott's claims and the action are dismissed; and,
6.     The Court denies a certificate of appealability.

Should Scott desire to appeal, a written notice of appeal must be filed with the Clerk of the Court within sixty (60) days of the date of entry hereof. Failure to file a notice of appeal within that period may result in the loss of the right to appeal.

The Clerk is directed to send a copy of the Memorandum Opinion and Final Order to Scott and counsel of record.

It is so ORDERED.

                              /s/

                              Robert E. Payne
                              Senior United States District Judge

Date: March 1, 2018
Richmond, Virginia

FILED MAR - 2 2018 CLERK, U.S. DISTRICT COURT RICHMOND, VA